# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CAROLYN L. TURK,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | Case No. C10-5513KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (Dkt. #1-#3) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

DATED this 2nd day of September, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1