UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CAROLYN L. TURK,<br><br>     Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant | Civil No.  C10-5513-RAJ-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before March 24, 2011; and

- Plaintiff shall file the Optional Reply Brief on or before April 7, 2011.

**This is the third extension request filed by the parties.  Absent extraordinary circumstances, no further extensions will be granted.**

Page 1     ORDER - [3:10-CV-05513-RAJ-MAT]

DATED this 17th day of February, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented By:

/s/ David R. Johnson
DAVID R. JOHNSON
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-2545
Fax: (206) 615-2531
david.r.johnson@ssa.gov