01
02
03
04
05
06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                     AT SEATTLE

08 CAROLYN L. TURK,                )
                                   ) CASE NO. C10-5513-RAJ
09           Plaintiff,            )
                                   )
10      v.                         ) ORDER REMANDING CASE FOR
                                   ) AWARD OF BENEFITS
11 MICHAEL J. ASTRUE, Commissioner of )
   Social Security,                )
12                                 )
             Defendant.             )
13 _____ )

14   The court has considered plaintiff's complaint, the parties' briefs, all papers and

15 exhibits filed in support and opposition thereto, the Report and Recommendation (Dkt. # 30) of

16 the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the

17 record. The court notes that the Commissioner did not object to the Report and

18 recommendation.

19   The court orders as follows:

20   (1)   The court adopts the Report and Recommendation.

21 //

22 //

ORDER
PAGE -1

//

(2) The court REVERSES the final decision of the Commissioner and REMANDS this case to the Social Security Administration for the purpose of awarding of benefits.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 1st day of July, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge